```
GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
G. CHARLES NIERLICH, SBN 196611,
GNierlich@gibsondunn.com
MICHAEL CECCHINI, SBN 237508,
MCecchini@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306
```

Attorneys for
MICRON TECHNOLOGY, INC. AND MICRON
SEMICONDUCTOR PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendant. | CASE NO. CV 10-4340-HRL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING DATE** |

WHEREAS, Plaintiff Oracle America, Inc. ("Oracle") has filed a Complaint, dated September 24, 2010, against Defendants Micron Technologies, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron");

WHEREAS, Micron was served with a copy of the Complaint on September 29, 2010;

WHEREAS, the Federal Rules of Civil Procedure require that Micron file a responsive pleading or motion within 21 days of service of the Complaint, or October 20, 2010;

WHEREAS, counsel for Oracle and counsel for Micron agree to extend the date by which Micron must answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between Oracle and Micron, by and through their undersigned attorneys, that the following schedule shall apply to Micron's answer or

response to the Complaint:

If Micron files a motion in response to the Complaint (the "Motion"), that motion must be filed by November 5, 2010;

If Micron files the Motion, Oracle's opposition to the Motion must be filed by December 3, 2010;

If Micron files the Motion, Micron's reply on the Motion must be filed by December 17, 2010;

If Micron files the Motion, the hearing on the Motion shall take place on Wednesday, January 12, 2011 at 9:00 a.m., or at such other time as set by the Court;

If Micron does not file the Motion but instead files an answer to the Complaint, Micron's answer must be filed and served by November 19, 2010.

DATED: 10/15/10

GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS

By: /s/ Joel S. Sanders
Joel S. Sanders

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC.

DATED:

CROWELL & MORING LLP
JEROME A. MURPHY

By: /s/ Jerome A. Murphy
Jerome A. Murphy

Attorneys for Plaintiff
ORACLE AMERICA, INC.

## ORDER

IT IS SO ORDERED.

DATED: 11/18/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton

100950522_1.DOC

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING DATE
CASE NO. CV 10-4340

# DECLARATION OF SERVICE

I, Daniel Nerney, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On October 15, 2010, I served the within:

**Stipulation and [Proposed] Order Extending Responsive Pleading Date**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 15, 2010. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 15, 2010, at San Francisco, California.

_____
Daniel Nerney