Jerome A. Murphy (*pro hac vice*)
Kent A. Gardiner (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
            kgardiner@crowell.com
            mmcburney@crowell.com

Suzanne E. Rode (CA Bar No. 253830)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  415-986-2800
Facsimile:   415-986-2827
E-mail:  srode@crowell.com

*Counsel for Plaintiff Oracle America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | Case No. 10-cv-04340 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 24, 2011** |

A case management conference having been previously scheduled in the above-captioned matter for February 10, 2011 at 2:00 p.m., and counsel for the parties having discussed that additional time to address certain discovery issues would be beneficial, and counsel having discussed available dates for continuing the case management conference with the Court, IT IS HEREBY STIPULATED that the case management conference set for February 10, 2011 be rescheduled for Thursday, March 24, 2011 at 2:00 p.m.

1   DATE: February 2, 2011

2

3   CROWELL & MORING LLP                          GIBSON, DUNN & CRUTCHER LLP

4

5   s/Jerome A. Murphy                            s/Joel S. Sanders
    Jerome A. Murphy                              Joel S. Sanders
6   Crowell & Moring LLP                          Gibson, Dunn & Crutcher LLP
    1001 Pennsylvania Avenue, N.W.                555 Mission Street, Suite 3000
7   Washington, D.C. 20004                        San Francisco, CA 94105

8   *Counsel for Plaintiff Oracle America, Inc.*  *Counsel for Defendants Micron Technology,
                                                  Inc. and Micron Semiconductor Products,
9                                                 Inc.*

10
            **IT IS SO ORDERED.**
11

12
    DATE: February __7__, 2011
13

14                                                _____
                                                  Honorable Phyllis J. Hamilton
15                                                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILING**

Pursuant to General Oder No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Joint Stipulation and [Proposed] Order Continuing the Case Management Conference to March 24, 2011 from all the parties listed in the signature blocks above.

By:   s/Jerome A. Murphy
        Jerome A. Murphy