1  Jerome A. Murphy (*pro hac vice*)
   Kent A. Gardiner (*pro hac vice*)
2  Matthew J. McBurney (*pro hac vice*)
   CROWELL & MORING LLP
3  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
4  Telephone: 202-624-2500
   Facsimile: 202-628-5116
5  E-mail: jmurphy@crowell.com
           kgardiner@crowell.com
6          mmcburney@crowell.com

7  Suzanne E. Rode (CA Bar No. 253830)
   CROWELL & MORING LLP
8  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
9  Telephone: 415-986-2800
   Facsimile: 415-986-2827
10 E-mail: srode@crowell.com

11 *Counsel for Plaintiff Oracle America, Inc.*

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                    **OAKLAND DIVISION**
15
   ORACLE AMERICA, INC.,                    Case No. 10-cv-04340 PJH
16
                    Plaintiff,              ORDER DENYING REQUEST TO CONTINUE
17                                          ~~STIPULATION AND [PROPOSED]~~
        v.                                  ~~ORDER CONTINUING~~ CASE
18                                          MANAGEMENT CONFERENCE ~~TO~~
   MICRON TECHNOLOGY, INC. and              ~~AUGUST 4, 2011~~
19 MICRON SEMICONDUCTOR PRODUCTS,
   INC.,
20
                    Defendants.
21

22

23      A case management conference having been previously scheduled in the above-captioned

24 matter for May 5, 2011 at 2:00 p.m., counsel for the parties having reached agreement on a

25 proposed pre-trial case schedule, and there being no other issues for the Court's consideration at

26 this time, IT IS HEREBY STIPULATED that the case management conference set for May 5,

27 2011 be rescheduled for August 4, 2011 at 2:00 p.m., or as soon thereafter as the Court may be

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-04340 PJH

1  available, and that the parties shall submit a joint proposed scheduling order for the Court's

2  consideration in lieu of the May 5, 2011 case management conference.

3

4  DATE: May 2, 2011

5

6  CROWELL & MORING LLP                                    GIBSON, DUNN & CRUTCHER LLP

7

8  s/Jerome A. Murphy                                            s/Joel S. Sanders
   Jerome A. Murphy                                              Joel S. Sanders
9  Crowell & Moring LLP                                          Gibson, Dunn & Crutcher LLP
   1001 Pennsylvania Avenue, N.W.                                555 Mission Street, Suite 3000
10 Washington, D.C. 20004                                        San Francisco, CA 94105

11 *Counsel for Plaintiff Oracle America, Inc.*                  *Counsel for Defendants Micron Technology,
                                                                 Inc. and Micron Semiconductor Products,*
12                                                               *Inc.*

13
   **IT IS SO ORDERED.**
14

15
   DATE: May __3__, 2011
16

17                                                               _____
                                                                 Honorable Phyllis J. Hamilton
18                                                               United States District Court Judge

[Stamp: DENIED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILING**

Pursuant to General Oder No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Joint Stipulation and [Proposed] Order Continuing the Case Management Conference to August 4, 2011 from all the parties listed in the signature blocks above.

By: ＿s/Jerome A. Murphy＿＿＿＿＿＿
　　　　Jerome A. Murphy