Jerome A. Murphy (*pro hac vice*)
Kent A. Gardiner (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
            kgardiner@crowell.com
            mmcburney@crowell.com

Suzanne E. Rode (CA Bar No. 253830)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  415-986-2800
Facsimile:   415-986-2827
E-mail:  srode@crowell.com

*Counsel for Plaintiff Oracle America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 10-cv-04340 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**   AS MODIFIED BY THE COURT |
| MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

1    **WHEREAS**, on May 9, 2011, Plaintiff Oracle America, Inc. ("Oracle") filed a Motion to Strike the Twenty-first Affirmative Defense Asserted in Defendants' Micron Technology, Inc. and Micron Semiconductor Products, Inc.'s (collectively, "Micron") Amended Answer ("Motion to Strike") (Doc. No. 53);

**WHEREAS**, the hearing date noticed for the Motion to Strike is June 22, 2011;

**WHEREAS**, the Civil Local Rules require that Micron's opposition to the Motion to Strike be filed on or before June 1, 2011, and that Oracle's reply to Micron's opposition be filed on or before June 8, 2011; and

**WHEREAS**, the parties believe that additional briefing time will enable them to more fully address the important issues set forth in the Motion to Strike and that a later hearing date will help alleviate the Court's busy schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Micron's opposition to the Motion to Strike shall be due June 10, 2011;
2. Oracle's reply to Micron's opposition shall be due June 24, 2011; and
3. The hearing on the Motion to Strike shall be held on July ~~13~~ 20, 2011, or as soon thereafter as shall be decided by the Court.


**IT IS SO STIPULATED**


DATE:  May 13, 2011


| CROWELL & MORING LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| s/Jerome A. Murphy<br>Jerome A. Murphy<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | s/Joel S. Sanders<br>Joel S. Sanders<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105 |
| *Counsel for Plaintiff Oracle America, Inc.* | *Counsel for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.* |

**ATTESTATION OF FILING**

Pursuant to General Oder No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation and [Proposed] Order Regarding Briefing Schedule from all the parties listed in the signature blocks above.

By: _s/Jerome A. Murphy_____
      Jerome A. Murphy

**[PROPOSED] ORDER**

(PROPOSED is struck through)

**IT IS SO ORDERED.**

DATE: May 18, 2011



Judge Phyllis J. Hamilton
United States District Judge