**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC,                                   Case No. C10-04340 PJH (JCS)

          Plaintiff(s),

      v.                                            **ORDER DENYING WITHOUT PREJUDICE JOINT LETTER REGARDING DEPOSITION LIMITS [Docket No. 62]**

MICRON TECHNOLOGY, INC. ET AL,

          Defendant(s).
_____/

     IT IS HEREBY ORDERED that the Joint Letter regarding deposition limits, docket no. 62, is DENIED without prejudice to raising the issue again <u>after</u> having exhausted the deposition limits under Fed. R. Civ. P., based on a detailed showing of need.

     IT IS SO ORDERED.

Dated:  June 27, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge