GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
G. CHARLES NIERLICH, SBN 196611,
GNierlich@gibsondunn.com
MATTHEW S. KAHN, SBN 261679,
MKahn@gibsondunn.com
MICHAEL CECCHINI, SBN 237508,
MCecchini@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for
MICRON TECHNOLOGY, INC. and MICRON
SEMICONDUCTOR PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | CASE NO. 10-CV-4340-PJH (JCS) <br><br> **STIPULATION & [PROPOSED] ORDER RE DISCOVERY OF TOLLING AGREEMENTS** |

WHEREAS, Plaintiff Oracle America, Inc. ("Oracle") has propounded its Interrogatory No. 1 to Defendants Micron Technologies, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron"), which reads as follows: "Identify any and all agreements between MICRON and any other PERSON providing for the tolling of any statutes of limitation relating to that PERSON'S DRAM price fixing-related claims."

WHEREAS, Micron has responded to Interrogatory No. 1 by identifying a tolling agreement between Micron and Sun Microsystems, Inc. ("Sun") regarding Sun's potential DRAM price-fixing claims, and objecting on the basis of relevance to identifying tolling agreements that Micron may have with any other persons or entities;

1  WHEREAS, Micron believes that information regarding the existence of tolling agreements with any persons or entities other than Oracle, if any exist, is irrelevant and confidential;

WHEREAS, Oracle believes that tolling agreements between Micron and any other persons or entities, if any, could be relevant to Oracle's Cartwright Act claims and to any potential pass-on defense by Micron to those claims;

WHEREAS, Oracle and Micron have met and conferred regarding the identification or discovery of tolling agreements between Micron and any persons or entities other than Sun or Oracle, and have reached the following agreement;

IT IS HEREBY STIPULATED AND AGREED by and between Oracle and Micron, by and through their undersigned attorneys, that:

(1) Micron will not contend in this action that any party whose potential claim is not subject to a defense under the applicable statute of limitations as a result of a currently effective or formerly effective tolling agreement, if any exist, should be considered for purposes of a pass-on defense in this action.

(2) Oracle agrees that Micron's agreement in paragraph (1) satisfies Interrogatory No. 1, except that should Micron, at any time, including after the close of fact discovery, assert any defense or argument that puts at issue in this case any tolling agreement between it and any person or entity other than Sun, then Oracle may renew its request for a full and complete response to Interrogatory No. 1.  In the event that Oracle does renew its request for a full and complete response to Interrogatory No. 1, Micron does not waive, and reserves all rights to assert, any objections it had to that request as of the entry of this Stipulation.

DATED: August 12, 2011

| GIBSON, DUNN & CRUTCHER LLP | CROWELL & MORING LLP |
|---|---|
| JOEL S. SANDERS | JEROME A. MURPHY |
| By: */s/ Joel S. Sanders* | By: */s/ Jerome A. Murphy* |
| Joel S. Sanders | Jerome A. Murphy |

| Attorney for Defendants | Attorney for Plaintiff |
|---|---|
| MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC. | ORACLE AMERICA, INC. |

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed above.

                                                         */s/ Michael Cecchini*
                                                           Michael Cecchini

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/22/11

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

101130780.4