**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6   ORACLE AMERICA, INC,                         Case No.  C10-04340 PJH (JCS)

7          Plaintiff(s),

8          v.                                    **DISCOVERY ORDER RE: JOINT
                                                 LETTER BRIEF SEEKING ORDER TO
                                                 COMPEL PRODUCTION OF**
9   MICRON TECHNOLOGY, INC. ET AL,               **DOCUMENTS [Docket No. 87]**

10         Defendant(s).
                                         /
11

12         On February 10, 2012, a telephonic discovery hearing was held on the Joint Letter Brief

13   Seeking Order to Compel Production of Documents.  David Cross, counsel for Plaintiff, appeared.

14   G. Charles Nierlich, counsel for Defendant, appeared.

15         For reasons stated on the record, and good cause shown,

16         IT IS HEREBY ORDERED THAT:

17         1. Oracle shall file a detailed declaration by **February 24, 2012,** demonstrating a thorough

18   and reasonable diligent search for documents reflecting substantive communications about the

19   claims asserted in this case with current or former employees of DRAM suppliers or Sun's external

20   manufacturers.

21         2.  Pursuant to evidence code Section 502 (d) the disclosure contained in Oracle's declaration

22   shall not and does not waive any attorney client privilege or attorney work product protections in

23   any Federal or State Court proceeding.

24         3.  By **March 2, 2012**, Defendants may submit a brief, not to exceed five (5) pages,

25   regarding the adequacy of the search.  Plaintiff may file a response on or before **March 7, 2012**.

26   Court will determine if any further proceedings will be necessary.

27

28

1    IT IS SO ORDERED.

2

3   Dated:  February 16, 2012

4

5                                                JOSEPH C. SPERO
                                                United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2