Jerome A. Murphy (*pro hac vice*)
David D. Cross (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
E-mail:  jmurphy@crowell.com
         dcross@crowell.com
         mmcburney@crowell.com

Suzanne E. Rode (CA Bar No. 253830)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  415-986-2800
Facsimile:  415-986-2827
E-mail:  srode@crowell.com

*Counsel for Plaintiff Oracle America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | Case No. 10-cv-04340 PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE** |

1     **WHEREAS**, on January 25, 2012, Plaintiff Oracle America, Inc. ("Oracle") and

2  Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.'s (collectively,

3  "Micron") filed a joint letter brief in connection with Micron's motion to compel the production

4  of documents responsive to Micron's Requests for Production No. 37 and 38 ("Requests") (Dkt.

5  No. 87).

6     **WHEREAS**, on February 10, 2012, a telephonic hearing was held before this Court

7  regarding the motion;

8     **WHEREAS**, on February 16, 2012, this Court issued a Discovery Order (Dkt. No. 91)

9  ("Order") requiring Oracle to submit a declaration setting forth the search it conducted in

10  connection with the Requests and permitting the parties to submit briefing regarding the

11  adequacy of Oracle's search;

12     **WHEREAS**, Micron filed a brief contesting the adequacy of Oracle's search on March 2,

13  2012;

14     **WHEREAS**, the Order sets March 7, 2012 as the deadline for Oracle to submit a reply to

15  Micron's brief; and

16     **WHEREAS**, Oracle believes that additional time may allow the parties to resolve some

17  or all of the concerns raised in Micron's brief without further need for intervention by this Court.

18     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Oracle's

19  reply shall be due on March 9, 2012.

20

21  **IT IS SO STIPULATED**

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
CASE NO. 10-CV-04340 PJH

DATE:  March 6, 2012

CROWELL & MORING LLP                          GIBSON, DUNN & CRUTCHER LLP

/s/*Matthew J. McBurney*_____           /s/*G. Charles Nierlich*_____
Matthew J. McBurney                          G. Charles Nierlich
Crowell & Moring LLP                         Gibson, Dunn & Crutcher LLP
1001 Pennsylvania Avenue, N.W.               555 Mission Street, Suite 3000
Washington, D.C.  20004                      San Francisco, CA  94105

*Counsel for Plaintiff Oracle America, Inc.*    *Counsel for Defendants Micron Technology,*
                                             *Inc. and Micron Semiconductor Products,*
                                             *Inc.*

## ATTESTATION OF FILING

Pursuant to General Oder No. 45 § X(B), I hereby attest that I have obtained concurrence

in the filing of this Stipulation and [Proposed] Order Regarding Briefing Schedule from all the

parties listed in the signature blocks above.


By:   /s/*Matthew J. McBurney*_____
                                        Matthew J. McBurney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

DATE:  March __12__, 2012

_____
Honorable Joseph Spero
United States Magistrate Judge

---

3