UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC,<br><br>Plaintiff(s),<br><br>v.<br><br>MICRON TECHNOLOGY, INC. ET AL,<br><br>Defendant(s). | Case No. C10-04340 PJH (JCS)<br><br>**ORDER RE ORACLE'S SEARCH FOR DOCUMENTS RESPONSIVE TO RFP NOS. 37 AND 38 [Docket No. 98]** |

The Court has received two declarations from Oracle describing its search for a subset of documents responsive to Micron's RFPs 37 and 38, as required by this Court's Order [Docket No. 91]. As the Court noted at the hearing on this matter, those RFPs are extremely overbroad. In this context, the search conducted by Oracle was thorough and reasonable.

IT IS SO ORDERED.

Dated: March 21, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge