Jerome A. Murphy (*pro hac vice*)
David D. Cross (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
         dcross@crowell.com
         mmcburney@crowell.com

Suzanne E. Rode (CA Bar No. 253830)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  415-986-2800
Facsimile:   415-986-2827
E-mail:  srode@crowell.com

*Counsel for Plaintiff Oracle America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 10-cv-04340 PJH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

The parties hereto hereby stipulate to a dismissal of this action as to defendants Micron Technology Inc. and Micron Semiconductor Products, Inc. with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED**.

Dated:  May 31, 2012

| CROWELL & MORING LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| /s/ *Jerome A. Murphy*<br>Jerome A. Murphy<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | /s/ *G. Charles Nierlich*<br>G. Charles Nierlich<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105 |
| *Counsel for Plaintiff Oracle America, Inc.* | *Counsel for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.* |

**ATTESTATION OF FILING**

Pursuant to General Oder No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation of Dismissal and [Proposed] Order from all the parties listed in the signature blocks above.

By: /s/*Jerome A. Murphy*
Jerome A. Murphy